# IN THE UNITED STATES FEDERAL COURT - NORTHERN DISTRICT OF IOWA :

RECEIVED AUG - 3 2020
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN THE MATTER OF:<br>JUSTIN PAUL SULZNER<br>TRUE CCJW MEMBERS<br>& WATCHTOWER &<br>BIBLE TRACT SOCIETY<br><br>**Plaintiff(s)**<br><br>vs.<br><br>AND CONCERNING:<br>ODNI - SUB DIRECTORS<br>& SUBORDINATES &<br>INTELL. OPERATIVES<br>**Defendant(s)** | REQUEST FOR IMMEDIATE HEARING<br>&<br>REQUEST FOR AN IMMEDIATE<br>INJUNCTIVE CEASE & DESIST ORDER<br>CONCERNING MOVEMENTS AND<br>INFORMATION FLOW<br><br>**CASE NO. 20CV61-CJW-MAR** |

COMES NOW, THE PLAINTIFF, AND APPLIES TO THE NORTHERN DISTRICT COURT FOR HEARING AND INJUNCTIVE ORDERS TO PREVENT ODNI FROM SURVEILLANCE AND INFORMATION FLOW HINDRANCE and requests as follows:

1. Plaintiff believes ALL information he sends, generates and receives via mail, email, cell-phone and wireless router and other means is unquestionably being monitored and hindered by ODNI, its Directors, sub-directors and subordinates, its intelligence community operatives and / or its contractors and sub-contractors or any ODNI third party affiliates.

2. Plaintiff has discovered instances where mail has not been delivered to the proper individuals, phone messages are deleted and he believes the same is true concerning his electronic messages .

3. Plaintiff believes he correctly discerned what would develop when he requested an injunctive order on June 15th, 2020 concerning delivery of this

complaint to Watchtower - CCJW in New York via U.S. Marshal Service. In the last sixty days, the Plaintiff has called Watchtower - CCJW Worldwide Legal and U.S. Legal in Warwick, New York no less than 48 times, left more than 6 telephone messages, sent 4 letters (2 via certified mail) and sent more than 20 emails and has not yet received one return call or discussed this matter with the Head of Worldwide Legal, Mr. Paul Polidaro.

4. **Considering the substance and content of the complaint filed on June 15th, 2020, the Plaintiff believes this is a seriously troubling matter that Watchtower-CCJW would <u>definitely not</u> ignore or address another time.**

5. Plaintiff requests an immediate Injunctive Cease and Desist Order preventing any ODNI employee, its directors, sub-directors and subordinates, its intelligence community operatives and/ or its contractors and sub-contractors or any ODNI third party affiliates from electronic and non-electronic monitoring the actions/movements of Justin Paul Sulzner and cease from hindering the free flow of any and all printed or electronic information that Justin Sulzner generates, sends, receives or produces via USPS, USPS type delivery services, electronically, via any cell telephone, via any computer or routers he may personally use in connection with this case and with all personal matters.

6. Plaintiff requests an immediate Injunctive Cease and Desist Order preventing any ODNI employee, its directors, sub-directors and subordinates, its intelligence community operatives and/ or its contractors and sub-contractors or any ODNI third party affiliates from electronic and non-electronic monitoring of the actions/movements of the "true members of the CCJW at World Headquarters Properties" and cease from hindering of any and all free flow of printed or electronic information that is sent, produced or received via USPS, USPS type delivery services, via all electronic devices, via any telephones or cell phones, via any computers or routers they may use or by personal means in connection with this case and in connection with ALL matters generated by the Watchtower World Headquarters (in New York) and all properties controlled by Watchtower - CCJW at: Ramapo, Tuxedo, Warwick, Patterson, Wallkill, Mt. Ebo and any other U.S./Territory owned property not listed.

7. Plaintiff requests the Court order a copy of the June 15th, 2020 complaint and these 2 Injunctive Orders immediately served via U.S Marshals with individual identification verification on the named individuals at Watchtower - CCJW Worldwide Headquarters in Warwick, New York.

I, JUSTIN PAUL SULZNER, REQUEST THE DISTRICT COURT TO GRANT THIS REQUEST AND CERTIFY UNDER THE PENALTY OF PERJURY THAT THE STATED INFORMATION IS TRUE AND CORRECT

/s/ Justin Paul Sulzner_____    DATE : August 3rd, 2020

CERTIFICATE OF SERVICE -
I filed the foregoing on August 3rd, 2020
with the Clerk of District Court which will
send notification of such filing to the parties
or attorneys of record.

ATTORNEY PRO SE

BY: /s/ Justin P. Sulzner

Copy to:
Jacob A. Schunk
Assistant U.S. Attorney
111 7th Avenue SE - Box 1
Cedar Rapids, Iowa 52401-2101
Ph. 319-363-6333