# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-2997

Justin Paul Sulzner

Appellant

Christian Congregation of Jehovah's Witnesses and Watchtower Bible & Tract Society, Inc.

v.

United States Intelligence Agency, ODNI - Office of Department National Intelligence and its Directors, Assistant Directors and Subordinates

Appellee

___

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:20-cv-00061-CJW)

___

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

December 02, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans